Gabriel J. Pacheco, #299524
PACHECO & ESPINDOLA
1444 Fulton St.
Fresno, CA  93721
Telephone: (559) 540-7070
Fax: (559) 940-6815
Email: GJPLawyer@gmail.com

Attorney for Roberto Leon-Garcia

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>ROBERTO LEON-GARCIA,<br><br>   Defendant. | Case No.: **1:21-cr-00025-1**<br><br>**ORDER OF RELEASE**<br><br>Date:  05/22/2023<br><br>Dept:  4 |

IT IS HEREBY ORDERED:

Roberto Leon-Garcia (DOB: 07/16/1973; JID: 26227509) is ordered to be released forthwith from the custody of the United States Marshall Service.

IT IS SO ORDERED.

Dated:  **May 22, 2023**

_____
UNITED STATES DISTRICT JUDGE